DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT HERNANDEZ** and **NATIONAL FINANCIAL SYSTEMS, INC.,**
Appellants,

v.

**FIRST FINANCIAL ASSET MANAGEMENT INC., STRATEGIC
ALLIANCES, INC., MARY MALONEY, H. EUGENE COLLINS, STEVEN
GOLDSTEIN, MATTHEW C. MALONEY,** and **JOHN W. MALONEY,**
Appellees.

No. 4D18-3196

[January 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 50-2013-CA-000497-XXXX-MB.

Bart A. Houston of The Houston Firm, P.A., Fort Lauderdale, for appellants.

Robert O. Beasley and Phillip A. Pugh of Litvak, Beasley, Wilson & Ball, LLP., Pensacola, for appellees First Fin. Asset Mgmt, Inc., H. Eugene Collins and John W. Maloney.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***